

# Fourth Court of Appeals
## San Antonio, Texas

March 26, 2020

No. 04-19-00771-CV

**KENT B. HOFFMAN, ET AL.**,
Appellants

v.

**ANDREW M. THOMSON, ET AL.**,
Appellees

From the 343rd Judicial District Court, McMullen County, Texas
Trial Court No. M-17-0008-CV-C, Consolidated M-17-0034-CV-B
Honorable Janna K. Whatley, Judge Presiding

# O R D E R

    The Appellees' Motion for Extension of Time to File Brief is hereby GRANTED. The appellees' brief is due on or before May 4, 2020.

_Liza A. Rodriguez_
Liza A. Rodriguez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 26th day of March, 2020.

_Michael A. Cruz_
Michael A. Cruz,
Clerk of Court